

## COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE CLERK
OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

October 2, 2015

David K. Chapman
Attorney At Law
P.O. Box 427
Karnes City, TX 78118
* DELIVERED VIA E-MAIL *

John Hoover
200 Earl Garrett, Suite 202
Kerrville, TX 78028
* DELIVERED VIA E-MAIL *

Wallace T. Ferguson
Ferguson & Hix
P.O. Box 1106
Boerne, TX 78006
* DELIVERED VIA E-MAIL *

RE:  Court of Appeals Number:  04-15-00189-CR, 04-15-00190-CR, 04-15-00191-CR
     Trial Court Case Number:  5623, 5624, 5643
     Style:                   The State of Texas   v. James Norman Evans

Dear Counsel:

The Court has reviewed the record and briefs in this appeal and has determined that oral argument will not significantly aid it in determining the legal and factual issues presented in the appeal. *See* TEX. R. APP. P. 39.8. Therefore, all requests for oral argument are denied, and the cause is advanced for **ON BRIEFS** submission on November 10, 2015, to the following panel: Justice Karen Angelini, Justice Luz Elena D. Chapa, and Justice Jason Pulliam. All parties will be notified of the Court's decision in this appeal in accordance with TEX. R. APP. P. 48.

Either party may file a motion requesting the Court to reconsider its determination that oral argument will not significantly aid the Court in determining the legal and factual issues presented in the appeal. *See* TEX. R. APP. P. 39.8. Such a motion should be filed within ten (10) days from the date of this letter.

Very truly yours,

Karen Angelini, Justice